UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
THE ANNUITY, WELFARE, APPRENTICESHIP SKILL　　　Case No. 07-CV-11120
IMPROVEMENT & SAFETY FUNDS of the　　　　　　　　Castel, J.
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 15, 15A, 15C and 15D, AFL-CIO, by its TRUSTEES
JAMES T. CALLAHAN, ROBERT SHAW, RUSSELL
SHAW and CHRISTOPHER WARD, and JOHN and JANE
DOE, as beneficiaries of the THE ANNUITY, WELFARE and
APPRENTICESHIP SKILLIMPROVEMENT & SAFETY
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 15, 15A, 15C and 15D, AFL-CIO,
　　　　　　　　　　　　　　　Plaintiffs,

　　　　　　　-against-

STONEWALL CONTRACTING CORP.,
　　　　　　　　　　　　　　　Defendant.
------------------------------------------------------------------------X

　　　PLEASE TAKE NOTICE that the undersigned hereby appears as attorney for Defendant STONEWALL CONTRACTING CORP. in the above-entitled matter and requests that a copy of all papers in this action be served upon the undersigned at the address stated below and/or in accordance with the Court's electronic filing procedures.

Dated:　　　December 28, 2007
　　　　　　　Commack, New York

　　　　　　　　　　　　　　The Ziskin Law Firm, LLP

　　　　　　By:　　_____
　　　　　　　　　　SUZANNE HARMON ZISKIN (SHZ-5130)
　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　Office and P.O. Address:
　　　　　　　　　　6268 Jericho Turnpike, Suite 12A
　　　　　　　　　　Commack, NY 11725
　　　　　　　　　　(631) 462-1417