UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
THE ANNUITY, WELFARE, APPRENTICESHIP SKILL    Case No. 07-CV-11120
IMPROVEMENT & SAFETY FUNDS of the    Castel, J.
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 15, 15A, 15C and 15D, AFL-CIO, by its TRUSTEES
JAMES T. CALLAHAN, ROBERT SHAW, RUSSELL
SHAW and CHRISTOPHER WARD, and JOHN and JANE
DOE, as beneficiaries of the THE ANNUITY, WELFARE and
APPRENTICESHIP SKILLIMPROVEMENT & SAFETY
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 15, 15A, 15C and 15D, AFL-CIO,
                                              Plaintiffs,

                 -against-

STONEWALL CONTRACTING CORP.,
                              Defendant.
----------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/08

### STIPULATION EXTENDING TIME TO ANSWER

Plaintiffs, The Annuity, Welfare, Apprenticeship Skill Improvement & Safety Funds of the International Union of Operating Engineers, Local 15, 15A, 15C and 15D, AFL-CIO, et al. and Defendant Stonewall Contracting Corp., through the signatures of their respective attorneys, hereby stipulate and agree that the Defendant's time to answer the above named complaint shall be extended through January 18, 2008. Defendant waives any defense based upon the lack of personal jurisdiction.

Dated: Hastings-on-Hudson, New York
          December 28, 2007

                           Brady, McGuire & Steinberg, LLP

                           By: _____
                           James M. Steinberg, Esq. (JS-3515)
                           603 Warburton Avenue
                           Hastings-on-Hudson, New York 10706
                           (914) 478-4293
                           Attorneys for Plaintiffs

Dated: Commack, New York
December 28, 2007

The Ziskin Law Firm, LLP

By: _____
Suzanne Harmon Ziskin (SHZ-5130)
6268 Jericho Turnpike, Suite 12A
Commack, NY 11725
(631) 462-1417
Attorneys for Defendant

SO ORDERED:

_____
The Honorable P. Kevin Castel
USDJ
1-2-08