UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
THE ANNUITY, WELFARE, APPRENTICESHIP SKILL
IMPROVEMENT & SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 15, 15A, 15C and 15D, AFL-CIO, by its TRUSTEES
JAMES T. CALLAHAN, ROBERT SHAW, RUSSELL
SHAW and CHRISTOPHER WARD, and JOHN and JANE      07-CIV-11120
DOE, as Beneficiaries of the ANNUITY, WELFARE, and
   CASTEL, J.
APPRENTICESHIP SKILL IMPROVEMENT & SAFETY
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 15, 15A, 15C and 15D, AFL-CIO,

                                   Plaintiffs,

       -against-

STONEWALL CONTRACTING CORP.,

                                  Defendants.
-------------------------------------------------------------------X

      Pursuant to Rule 7.1 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York and to enable to Judges and Magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Stonewall Contracting Corp. certifies that the aforementioned corporation is a private non-governmental party and that it is not a publicly held corporation nor is it an affiliate or a subsidiary of a publicly held corporation.

Dated:    Commack, New York
           January 17, 2008

           THE ZISKIN LAW FIRM, LLP

By: _____
SUZANNE HARMON ZISKIN (SHZ-5130)
Attorneys for Defendant
Stonewall Contracting Corp.
Office & P.O. Address:
6268 Jericho Turnpike, Suite 12A
Commack, New York 11725
(631)462-1417

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK)
COUNTY OF SUFFOLK)

RICHARD B. ZISKIN, being duly sworn, deposes and says:

I am not a party to the action, am over eighteen years of age, and reside at Smithtown, New York. On January 17, 2008, I served a true copy of Defendants' Rule 7.1 Statement in the following manner: by mailing same in a sealed envelope, with postage pre-paid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addresses as indicated below:

Brady, McGuire & Steinberg
603 Warburton Avenue
Hastings-on-Hudson, New York 10706
Att: James M. Steinberg, Esq.

RICHARD B. ZISKIN

Sworn to before me this
17th day of January, 2008

Notary Public

SUZANNE H. ZISKIN
Notary Public, State of New York
No. 02ZI6007115
Qualified in Suffolk County
Commission Expires 05/18/08