UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE ANNUITY, WELFARE, APPRENTICESHIP SKILL
IMPROVEMENT & SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 15, 15A, 15C and 15D, AFL-CIO, by its TRUSTEES
JAMES T. CALLAHAN, ROBERT SHAW, RUSSELL
SHAW and CHRISTOPHER WARD, and JOHN and JANE
DOE, as Beneficiaries of the ANNUITY, WELFARE, and
APPRENTICESHIP SKILL IMPROVEMENT & SAFETY
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 15, 15A, 15C and 15D, AFL-CIO,

07-CIV-11120
CASTEL, J.

Plaintiffs,

-against-

STONEWALL CONTRACTING CORP.,

Defendants.
------------------------------------------------------------------X

Defendant Stonewall Contracting Corp., (hereinafter "Defendant") by its attorneys, The Ziskin Law Firm, as and for its Answer and Affirmative Defenses, alleges as follows:

01. With regard to paragraphs numbered "1", "2" and "3" of the Complaint Defendants assert that such allegations contain legal conclusions which are for consideration of the Court.

02. Denies knowledge and information sufficient to form a belief as to each and every allegation set forth in paragraphs numbered "4" and "5" of the Complaint and assert that such allegations contain legal conclusions which are for consideration of the Court..

03. Denies knowledge and information sufficient to form a belief as to each and every allegation set forth in paragraph numbered "6" of the Complaint.

04. Denies knowledge and information sufficient to form a belief as to each and every allegation set forth in paragraphs numbered "7", "8", "9" and "10" of the Complaint and assert that such allegations contain legal conclusions which are for consideration of the Court.

05. Admits each and every allegation set forth in paragraphs numbered "11" of the Complaint

06. Denies each and every allegation set forth in paragraphs numbered "12" and "13" of the Complaint.

07. With regard to paragraph numbered "14" of the Complaint Defendants assert that such allegations contain legal conclusions which are for consideration of the Court.

08. With regard to paragraph numbered "15" of the Complaint, Defendant repeats and realleges each and every portion of its Answers to paragraphs numbered "1" through "14" of the Complaint as if more fully set forth herein at length.

09. Denies knowledge and information sufficient to form a belief as to each and every allegation set forth in paragraphs numbered "16", "17" and "18."

10. Denies each and every allegation set forth in paragraphs numbered "19", "20" and "21" of the Complaint.

11. With regard to paragraph numbered "22" of the Complaint Defendants assert that such allegations contain legal conclusions which are for consideration of the Court.

12. Denies each and every allegation set forth in paragraphs numbered "23" of the Complaint.

13. With regard to paragraph numbered "24" of the Complaint, Defendant repeats and realleges each and every portion of its Answers to paragraphs numbered "1" through "23" of the Complaint as if more fully set forth herein at length.

14. Denies each and every allegation set forth in paragraphs numbered "25" and "26" of the Complaint and asserts that such allegations contain legal conclusions which are for consideration of the Court.

15. Denies each and every allegation set forth in paragraphs numbered "27" and "28" of the Complaint.

## AFFIRMATIVE DEFENSES

### AS AND FOR A FIRST SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE

16. Plaintiffs have failed to set forth a cause of action upon which relief may be granted.

### AS AND FOR A SECOND SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE

17. Upon information and belief, it is contended that the instant allegations in the Complaint allege violations of the National Labor Relations Act, which allegations are time barred and for each of such reasons the United States District Court is pre-empted from considering such allegations with respect to each of the Defendants.

### AS AND FOR A THIRD SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE

18. Plaintiffs seek to recover contributions allegedly due and owing for individuals who are outside the jurisdiction of the International Union of Operating Engineers, Local 15, 15A, 15 C and 15D, AFL-CIO Collective Bargaining Agreements.

### AS AND FOR A FOURTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE

19. Plaintiffs seek to recover contributions allegedly due and owing for individuals who are not employees as defined by the International Union of Operating Engineers, Local 15, 15A, 15 C and 15D, AFL-CIO Collective Bargaining Agreements.

### AS AND FOR A FIFTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE

20. Plaintiffs seek to recover contributions allegedly due and owing for employees outside of the trade classification as defined in the International Union of Operating Engineers, Local 15, 15A, 15 C and 15D, AFL-CIO Collective Bargaining Agreements.

### AS AND FOR A SIXTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE

21. Defendant has paid all contributions due and owing under the Collective Bargaining Agreement.

Dated: Commack, New York
       January 17, 2008

                                The Ziskin Law Firm

                          By:   _____
                                Suzanne Harmon Ziskin (SHZ-5130)
                                Attorneys for Defendant
                                Stonewall Contracting Corp.
                                Office and P.O. Address:
                                6268 Jericho Tpke., Suite 12A
                                Commack, New York 11725
                                (631) 462-1417

4

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK)
COUNTY OF SUFFOLK)

RICHARD B. ZISKIN, being duly sworn, deposes and says:

I am not a party to the action, am over eighteen years of age, and reside at Smithtown, New York. On January 17, 2008, I served a true copy of Defendants' Answer and Affirmative Defenses in the following manner: by mailing same in a sealed envelope, with postage pre-paid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addresses as indicated below:

Brady, McGuire & Steinberg
603 Warburton Avenue
Hastings-on-Hudson, New York 10706
Att: James M. Steinberg, Esq.

RICHARD B. ZISKIN

Sworn to before me this
17th day of January, 2008

Notary Public
SUZANNE H. ZISKIN
Notary Public, State of New York
No. 02ZI6007115
Qualified in Suffolk County
Commission Expires 05/18/10