**MEMO ENDORSED**

THE ZISKIN LAW FIRM
A LIMITED LIABILITY PARTNERSHIP
6268 JERICHO TURNPIKE, SUITE 13
COMMACK, NEW YORK 11725
www.ziskinlawfirm.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/08

ROBERT M. ZISKIN
STACEY E. ZISKIN*
RICHARD B. ZISKIN**
SUZANNE HARMON ZISKIN**

TELEPHONE: 631-462-1417
FACSIMILE: 631-462-1466

*ALSO ADMITTED IN NJ & DC
**ALSO ADMITTED IN NJ & FL

January 18, 2008

Sent by Fax to (212) 805-7949
The Honorable P. Kevin Castel
United States District Court
500 Pearl Street
New York, New York 10007

Re:  The Annuity, Welfare and Apprenticeship Skill Improvement
     & Safety Funds of I.U.O.E. Local 15 v. Stonewall Contracting Corp.
     Civil Case No. 07-CIV-11120 (PKC)

Dear Judge Castel:

Please be advised that our office is counsel to Stonewall Contracting Corp. in the above named matter. An initial conference in this matter is scheduled for February 8, 2008 at 12:15 pm. The parties request that the initial conference be adjourned until February 29, 2008.

This request is made due to the parties' intent to pursue an amicable settlement in this matter prior to the initial conference.

There have been no previous requests for adjournments of this conference. I have spoken to James Steinberg, Esq., Plaintiffs' counsel, who consents to this request.

Thank you for your consideration in this matter.

*Handwritten endorsement:* Conference adjourned from February 8, 2008 to February 29, at 9:30 a.m. SO ORDERED. [signature] USDJ 1-22-08

Very truly yours,

Suzanne Harmon Ziskin

cc:  James Steinberg, Esq.
     Stonewall Contracting Corp. (by Regular Mail)