UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x
The Annuity, Welfare, Apprenticeship Skill
Improvement & Safety Funds of the
International Union of Operating Engineers
Local 15, et al.

          Plaintiff,

      -against-

Stonewall Contracting Corp.
          Defendant
_____x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/08
```

07 Civ. 11120 (PKC)

**ORDER OF DISMISSAL**

      The Court having been advised that all claims asserted herein have been settled, it is

      **ORDERED**, that the above-entitled action be and is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within thirty (30) days if the settlement is not consummated. Any pending motions are moot.

                                                _____
                                                    P. Kevin Castel
                                              United States District Judge

Dated: New York, New York
       February 28, 2008